NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASHOK KUMAR, NELLITHANATH THANKACHEN BYJU,**
*Appellants*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2017-1825

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 106,029.

---

**JUDGMENT**

---

BARRY EASTBURN BRETSCHNEIDER, Baker & Hostetler LLP, Washington, DC, argued for appellants. Also represented by CHARLES C. CARSON; PETER JAMES KNUDSEN, Seattle, WA.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor. Also represented by THOMAS W. KRAUSE, ROBERT J. MCMANUS.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 7, 2018          /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                         Clerk of Court